Becca J. Wahlquist, Bar No. 215948
bwahlquist@swlaw.com
Daniel G. Seabolt, Bar No. 322704
dseabolt@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071
Telephone: 213.929.2500
Facsimile: 213.929.2525

Attorneys for Defendant
Credit One Bank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN,<br><br>             Plaintiff,<br><br>      v.<br><br>REMAX, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>             Defendant. | Case No. 2:20-cv-00845-GW-E<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Date Action Served**:   02/06/2020<br>**Current Response Date**: 02/27/2020<br>**New Response Date**:   03/27/2020 |

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, Plaintiff Lala Sloatman ("Plaintiff") and Defendant RE/MAX, LLC (erroneously sued as "Remax, Inc.") ("Defendant"), through their attorneys, stipulate and agree as follows:

1. Plaintiff filed her Complaint in this action on January 28, 2020. [Dkt. No. 1.]

2. Plaintiff served Defendant with the complaint on February 6, 2020.

3. Defendant's response is currently due February 27, 2020.

4. Plaintiff has agreed to grant Defendant a thirty (30) day extension of time to respond to the Complaint in this action.

5. **WHEREFORE**, Defendant shall file and serve its responsive pleadings to Plaintiff's Complaint in this action on or before March 27, 2020.

Dated: February 26, 2020       SNELL & WILMER L.L.P.


By: */s/ Becca Wahlquist*
    Becca J. Wahlquist
    Daniel G. Seabolt

Attorneys for Defendant
RE/MAX LLC

Email: bwahlquist@swlaw.com

Dated: February 26, 2020       LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By: */s/ Adrian R. Bacon*
    Adrian R. Bacon

Attorneys for Plaintiff
Lala Sloatman

Email: abacon@toddflaw.com

## ATTORNEY ATTESTATION

I, Becca Wahlquist, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Becca Wahlquist
Becca Wahlquist
